## Case No. 13,965.

### THOMPSON v. LACY.

[1 Cranch, C. C. 79.] [1]

Circuit Court, District of Columbia. March Term, 1802.

ARREST—DISTRICT OF COLUMBIA.

An inhabitant of Alexandria county may be arrested in Washington county without a non est in Alexandria county.

The defendant, being an inhabitant of Alexandria county was arrested in Washington county, no writ having issued against him in the former county.

Motion for a nonsuit, under the act of Maryland of 1796 (chapter 43) [1 Dorsey's Laws, 334]. Refused.